**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-2204**

_____

In Re:  STANLEY JAMES DEVELOPMENT CORPORATION,

                                                          Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - -

JAMES KING,

                                         Plaintiff - Appellant,

        versus

BRIAN A. GOLDMAN, Trustee,

                                         Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-05-
1726-AMD)

_____

Submitted: May 18, 2006                 Decided: May 25, 2006

_____

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

James King, Appellant Pro Se.  Carl Steven Silverman, GOLDMAN &
GOLDMAN, PA, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James King appeals from the district court's order dismissing the appeal filed by King on behalf of Stanley James Development Corporation. The notice of appeal to this court was signed only by King, who is not an attorney. It is well settled that a corporation cannot appear in federal court except through its attorney. Rowland v. California Men's Colony, 506 U.S. 194, 201-02 (1993). Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                    DISMISSED